IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARIA PARISI | § |
| | § |
| VS. | § ACTION NO.4:07-CV-711-Y |
| | § |
| MICHAEL J. ASTRUE, COMMISSIONER | § |
| OF SOCIAL SECURITY | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 22, 2008, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the commissioner of the Social Security Administration of the United States ("the commissioner") denying Plaintiff's claims for disability insurance benefits be affirmed. The magistrate judge's order gave all parties until November 12 to serve and file with the Court written objections to the findings.

Plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge and remand the case to the commissioner for a rehearing. The commissioner responded to Plaintiff's objections.

After reviewing the findings, the relevant case law, Plaintiff's objections, and the commissioner's response, the Court ADOPTS the findings as the findings and conclusions of this Court for the reasons stated in the findings and those stated by the commissioner in his response.

Accordingly, the commissioner's decision is AFFIRMED.

SIGNED December 10, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah